029-15

# ELECTRONIC RECORD

COA # 05-13-00953-CR      OFFENSE: 22.021

STYLE: Luis Ruben Islas Martinez v. The State of Texas      COUNTY: Dallas

COA DISPOSITION: MODIFY      TRIAL COURT: Criminal District Court No. 5

DATE: 12/9/2014      Publish: YES      TC CASE #: F-1300162-L

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Luis Ruben Islas Martinez v. The State of Texas      CCA #: 029-15

_____APPELLANT'S_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____refused_____      JUDGE: _____

DATE: April 15, 2015      SIGNED: _____      PC: _____

JUDGE: PC      PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD